UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DARLENE JOHNSON and SALLY
KOLKMEYER, individually and on behalf of
others similarly situated,

        Plaintiffs,

-v-

MORGAN STANLEY & CO. LLC, f/k/a
Morgan Stanley & Co. Incorporated,
MORGAN STANLEY SMITH BARNEY
LLC, and MORGAN STANLEY,

        Defendants.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/16

No. 15-cv-4865 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

  Before the Court is the parties' joint motion for an order transferring this action, pursuant to 28 U.S.C. § 1404(a), to the United States District Court for the Southern District of Florida, for the purpose of consolidating this action with *DeVries v. Morgan Stanley & Co., LLC*, No. 12-cv-81223 (KAM) (S.D. Fla.), and to facilitate a proposed settlement of this action, the *DeVries* action, *Hix v. Morgan Stanley & Co., LLC*, No. 15-cv-1157 (MJG) (D. Md.), and *Zajonc v. Morgan Stanley & Co., LLC*, No. 14-cv-5563 (EMC) (N.D. Cal.). (Doc. No. 96.) Having considered the parties' memorandum of law in support of their motion (Doc. No. 97), the Court finds that the requirements of 28 U.S.C. § 1404(a) have been met. Accordingly, the Clerk of the Court is respectfully directed to transfer this action to the United States District Court for the Southern District of Florida, to terminate the motion pending at docket number 96, and to close this case.

Because the transfer is on consent of the parties, the seven-day waiting period prescribed by Local Civil Rule 83.1 is waived.

SO ORDERED.

Dated:   June 13, 2016
         New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE