CLOSED,RELATED

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:15–cv–04865–RJS

| | |
|---|---|
| Johnson v. Morgan Stanley &Co. LLC, et al | Date Filed: 06/23/2015 |
| Assigned to: Judge Richard J. Sullivan | Date Terminated: 06/13/2016 |
| Demand: $9,999,000 | Jury Demand: Plaintiff |
| Related Case:  1:11–cv–04326–RJS | Nature of Suit: 710 Labor: Fair Standards |
| Cause: 29:201 Fair Labor Standards Act | Jurisdiction: Federal Question |

**Plaintiff**

**Darlene Johnson**  represented by  **Kurt B. Olsen**
*Individually*                              Klafter, Olsen &Lesser, LLP
                                            Two International Drive
                                            Ste 350
                                            Rye Brook, NY 10573
                                            (202) 261–3553
                                            Fax: (202) 261–3533
                                            Email: ko@klafterolsen.com
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

                                            **Gregg I. Shavitz**
                                            Shavitz Law Group, P.A
                                            1515 S. Federal Highway, Suite 404
                                            Boca Raton, FL 33432
                                            (561)–447–8888
                                            Fax: (561) 447–8831
                                            Email: gshavitz@shavitzlaw.com
                                            *ATTORNEY TO BE NOTICED*

                                            **Paolo Chagas Meireles**
                                            Shavitz Law Group, P.A
                                            1515 S. Federal Hwy
                                            Boca Raton, FL 33432
                                            (561)–477–8888
                                            Fax: (561)–477–8831
                                            Email: pmeireles@shavitzlaw.com
                                            *ATTORNEY TO BE NOTICED*

                                            **Susan Hilary Stern**
                                            Shavitz Law Froup
                                            1515 South Federal Hwy, Suite 404
                                            Boca Raton, FL 33432
                                            (561) 447–8888
                                            Fax: (516) 447–8831
                                            Email: sstern@shavitzlaw.com
                                            *ATTORNEY TO BE NOTICED*

                                            **Seth Richard Lesser**
                                            Klafter, Olsen &Lesser, LLP
                                            Two International Drive

Ste 350
Rye Brook, NY 10573
(914) 997–5656
Fax: (914) 997–2444
Email: SLesser@klafterolsen.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Darlene Johnson**
*on behalf all others similarly situated*

represented by **Fran L. Rudich**
Klafter, Olsen &Lesser, LLP
Two International Drive
Ste 350
Rye Brook, NY 10573
(914) 997–5656
Fax: (914) 997–2444
Email: frudich@klafterolsen.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jason James Conway**
Kessler Topaz Meltzer &Check, LLP (PA)
280 King of Prussia Road
Radnor, PA 19087
(484)–270–1451
Fax: (610)–667–7056
Email: jason.conway@klafterolsen.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey Alan Klafter**
Klafter, Olsen &Lesser, LLP
Two International Drive
Ste 350
Rye Brook, NY 10573
(914) 934–9200
Fax: (914) 934–9220
Email: jak@klafterolsen.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael John Palitz**
Shavitz Law Group, P.A
830 3rd Avenue, 5th fl.
New York, NY 10022
800–616–4000
Fax: 561–447–8831
Email: mpalitz@shavitzlaw.com
*ATTORNEY TO BE NOTICED*

**Seth Richard Lesser**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Sally Kolkmeyer** | represented by | **Kurt B. Olsen** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| | | **Gregg I. Shavitz** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |
| | | **Susan Hilary Stern** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |
| | | **Seth Richard Lesser** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Kelly Wilson** | represented by | **Seth Richard Lesser** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| | | **Michael John Palitz** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Michelle MacNeil** | represented by | **Seth Richard Lesser** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| | | **Michael John Palitz** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Mariko Sakoda** | represented by | **Seth Richard Lesser** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **Morgan Stanley &Co. LLC** <br> *f/k/a Morgan Stanley &Co. Incorporated* | represented by | **Sam Scott Shaulson** <br> Morgan, Lewis &Bockius LLP (New York) <br> 101 Park Avenue <br> New York, NY 10178 <br> (212)−309−6718 <br> Fax: (212)−309−6273 |

Email: sshaulson@morganlewis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Anton Linthorst**
Morgan, Lewis &Bockius LLP(NJ)
502 Carnegie Center
Princeton, NJ 08540
(609)–919–6642
Fax: (609)–919–6701
Email: tlinthorst@morganlewis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephanie Rosel Reiss**
Morgan, Lewis &Bockius LLP (Pittsburgh )
One Oxford Centre, Thirty–Second Floor
Pittsburgh, PA 15219
(412) 560–3378
Fax: (412) 560–7001
Email: stephanie.reiss@morganlewis.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Morgan Stanley Smith Barney LLC**   represented by   **Sam Scott Shaulson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Anton Linthorst**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephanie Rosel Reiss**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Morgan Stanley**   represented by   **Sam Scott Shaulson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Anton Linthorst**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephanie Rosel Reiss**
(See above for address)

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/23/2015 | Ï 1 | **FILING ERROR – DEFICIENT PLEADING – FILED AGAINST PARTY ERROR** COMPLAINT against Morgan Stanley &Co. LLC. (Filing Fee $ 400.00, Receipt Number 0208−11068741)Document filed by Darlene Johnson. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Lesser, Seth) Modified on 6/24/2015 (dgo). (Entered: 06/23/2015) |
| 06/23/2015 | Ï 2 | **FILING ERROR – DEFICIENT PLEADING –PDF ERROR** CIVIL COVER SHEET filed. (Lesser, Seth) Modified on 6/24/2015 (dgo). (Entered: 06/23/2015) |
| 06/23/2015 | Ï 3 | **FILING ERROR – DEFICIENT PLEADING –PDF ERROR** REQUEST FOR ISSUANCE OF SUMMONS as to Morgan Stanley, re: 1 Complaint. Document filed by Darlene Johnson. (Lesser, Seth) Modified on 6/24/2015 (dgo). (Entered: 06/23/2015) |
| 06/23/2015 | Ï 4 | **FILING ERROR – DEFICIENT PLEADING –PDF ERROR** REQUEST FOR ISSUANCE OF SUMMONS as to Morgan Stanely Smith Barney LLC, re: 1 Complaint. Document filed by Darlene Johnson. (Lesser, Seth) Modified on 6/24/2015 (dgo). (Entered: 06/23/2015) |
| 06/24/2015 | Ï 5 | STATEMENT OF RELATEDNESS re: that this action be filed as related to 11−cv−04326. Document filed by Darlene Johnson.(Lesser, Seth) (Entered: 06/24/2015) |
| 06/24/2015 | Ï | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT PLEADING. Notice to Attorney Seth Richard Lesser to RE−FILE re: Document No. 1 Complaint. The filing is deficient for the following reason(s): all of the parties listed on the pleading were not entered on CM ECF; the wrong party/parties whom the pleading is against were selected;. Docket the event type Add Party to Pleading found under the event list Complaints and Other Initiating Documents.. Re−file the pleading using the event type Complaint found under the event list Complaints and Other Initiating Documents − attach the correct signed PDF − select the individually named filer/filers − select the individually named party/parties the pleading is against. (dgo)** (Entered: 06/24/2015) |
| 06/24/2015 | Ï | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT CIVIL COVER SHEET. Notice to attorney Seth Richard Lesser to RE−FILE Document No. 2 Civil Cover Sheet. The filing is deficient for the following reason(s): No Dollar demand and nothing stated on claims to a related case;. Re−file the document using the event type Civil Cover Sheet found under the event list Other Documents and attach the correct PDF. (dgo)** (Entered: 06/24/2015) |
| 06/24/2015 | Ï | **\*\*\*NOTICE TO ATTORNEY REGARDING PARTY MODIFICATION. Notice to attorney Seth Richard Lesser. The party information for the following party/parties has been modified: Morgan Stanley &Co. LLC, Darlene Johnson. The information for the party/parties has been modified for the following reason/reasons: party role was entered incorrectly;. (dgo)** (Entered: 06/24/2015) |

| | | |
|---|---|---|
| 06/24/2015 | Ï 6 | COMPLAINT against Morgan Stanley &Co. LLC, Morgan Stanley Smith Barney LLC, Morgan Stanley. Document filed by Darlene Johnson.(Lesser, Seth) (Additional attachment(s) added on 6/24/2015: # 1 Exhibit A, # 2 Exhibit B) (dgo). (Entered: 06/24/2015) |
| 06/24/2015 | Ï | ***DELETED DOCUMENT. Deleted document number Case Assignment Initial Notice. The document was incorrectly filed in this case. (laq) (Entered: 06/24/2015) |
| 06/24/2015 | Ï 7 | CIVIL COVER SHEET filed. (Lesser, Seth) (Entered: 06/24/2015) |
| 06/24/2015 | Ï 8 | REQUEST FOR ISSUANCE OF SUMMONS as to MORGAN STANLEY &CO., LLC f/k/a Morgan Stanley &Co. Incorporated, MORGAN STANLEY SMITH BARNEY LLC, and MORGAN STANLEY, re: 6 Complaint. Document filed by Darlene Johnson. (Lesser, Seth) (Entered: 06/24/2015) |
| 06/25/2015 | Ï 9 | ELECTRONIC SUMMONS ISSUED as to Morgan Stanley &Co. LLC, Morgan Stanley Smith Barney LLC, Morgan Stanley. (dgo) (Entered: 06/25/2015) |
| 06/25/2015 | Ï | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above−entitled action is assigned to Judge Unassigned. (dgo) (Entered: 06/25/2015) |
| 06/25/2015 | Ï | CASE REFERRED TO Judge Richard J. Sullivan as possibly related to 11cv4326. (dgo) (Entered: 06/25/2015) |
| 06/25/2015 | Ï 10 | NOTICE OF APPEARANCE by Fran L. Rudich on behalf of Darlene Johnson. (Rudich, Fran) (Entered: 06/25/2015) |
| 07/01/2015 | Ï 11 | NOTICE OF APPEARANCE by Paolo Chagas Meireles on behalf of Darlene Johnson. (Meireles, Paolo) (Entered: 07/01/2015) |
| 07/01/2015 | Ï 12 | NOTICE OF APPEARANCE by Michael John Palitz on behalf of Darlene Johnson. (Palitz, Michael) (Entered: 07/01/2015) |
| 07/07/2015 | Ï | CASE ACCEPTED AS RELATED. Create association to 1:11−cv−04326−RJS. Notice of Assignment to follow. (pgu) (Entered: 07/07/2015) |
| 07/07/2015 | Ï | NOTICE OF CASE ASSIGNMENT to Judge Richard J. Sullivan. Judge Unassigned is no longer assigned to the case. (pgu) (Entered: 07/07/2015) |
| 07/07/2015 | Ï | Magistrate Judge Andrew J. Peck is so designated. (pgu) (Entered: 07/07/2015) |
| 07/12/2015 | Ï 13 | CONSENT TO JOIN CLASS. Document filed by Darlene Johnson.(Palitz, Michael) (Entered: 07/12/2015) |
| 07/23/2015 | Ï 14 | FILING ERROR – DEFICIENT PLEADING – FILER ERROR – – AMENDED COMPLAINT amending 6 Complaint against Morgan Stanley &Co. LLC, Morgan Stanley Smith Barney LLC, Morgan Stanley with JURY DEMAND.Document filed by Darlene Johnson. Related document: 6 Complaint filed by Darlene Johnson.(Lesser, Seth) Modified on 7/24/2015 (moh). (Entered: 07/23/2015) |
| 07/24/2015 | Ï | ***NOTICE TO ATTORNEY REGARDING DEFICIENT PLEADING. Notice to Attorney Seth Lesser to RE−FILE Document No. 14 Amended Complaint. The filing is deficient for the following reason(s): the wrong filer/filers were selected for the pleading. Re−file the pleading using the |

| | | |
|---|---|---|
| | | event type Amended Complaint found under the event list Complaints and Other Initiating Documents – attach the correct signed PDF – select the individually named filer/filers – select the individually named party/parties the pleading is against. (moh) (Entered: 07/24/2015) |
| 07/24/2015 | Ï | ADD PARTY FOR PLEADING. Party Darlene Johnson, Sally Kolkmeyer added.Party added pursuant to 14 Amended Complaint,. Document filed by Darlene Johnson, Sally Kolkmeyer. Related document: 14 Amended Complaint, filed by Darlene Johnson.(Lesser, Seth) (Entered: 07/24/2015) |
| 07/24/2015 | Ï 15 | AMENDED COMPLAINT amending 6 Complaint against Morgan Stanley &Co. LLC, Morgan Stanley Smith Barney LLC, Morgan Stanley with JURY DEMAND.Document filed by Darlene Johnson, Sally Kolkmeyer. Related document: 6 Complaint filed by Darlene Johnson.(Lesser, Seth) (Entered: 07/24/2015) |
| 07/24/2015 | Ï 16 | NOTICE of of Intent to Communicate. Document filed by Morgan Stanley &Co. LLC, Morgan Stanley Smith Barney LLC, Morgan Stanley. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Shaulson, Sam) (Entered: 07/24/2015) |
| 07/27/2015 | Ï 17 | NOTICE OF APPEARANCE by Sam Scott Shaulson on behalf of Morgan Stanley &Co. LLC, Morgan Stanley Smith Barney LLC, Morgan Stanley. (Shaulson, Sam) (Entered: 07/27/2015) |
| 07/27/2015 | Ï 18 | NOTICE OF APPEARANCE by Thomas Anton Linthorst on behalf of Morgan Stanley &Co. LLC, Morgan Stanley Smith Barney LLC, Morgan Stanley. (Linthorst, Thomas) (Entered: 07/27/2015) |
| 07/28/2015 | Ï 19 | CONSENT TO JOIN CLASS. Document filed by Darlene Johnson.(Lesser, Seth) (Entered: 07/28/2015) |
| 07/29/2015 | Ï 20 | CONSENT TO BECOME PARTY PLAINTIFF UNDER THE 29 U.S.C. s. 216(b). Document filed by Kelly Wilson.(Palitz, Michael) (Entered: 07/29/2015) |
| 07/31/2015 | Ï 21 | ORDER: The Court is in receipt of Defendants' "Notice of intended Communications with Putative Collective Action Members," dated July 24, 2015. (Doc. No. 16.) IT IS HEREBY ORDERED THAT Plaintiffs shall respond to Defendants' filing by August 4, 2015. IT IS FURTHER ORDERED THAT the parties shall appear for an initial status conference on Wednesday, August 14, 2014 at 12:15 p.m. in Courtroom 905 of the Thurgood Marshall United States District Court for the Southern District of New York, 40 Foley Square, New York, New York. (As further set forth in this Order.) Initial Conference set for 8/14/2015 at 12:15 PM in Courtroom 905, 40 Centre Street, New York, NY 10007 before Judge Richard J. Sullivan. (Signed by Judge Richard J. Sullivan on 7/31/2015) (mro) (Entered: 08/03/2015) |
| 08/04/2015 | Ï 22 | MOTION for Susan H. Stern to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208−11233334. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Darlene Johnson, Sally Kolkmeyer. (Attachments: # 1 Text of Proposed Order, # 2 Certificate of Good Standing)(Stern, Susan) (Entered: 08/04/2015) |
| 08/04/2015 | Ï 23 | MOTION for Gregg I Shavitz to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208−11233394. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Darlene Johnson, Sally |

| | | |
|---|---|---|
| | | Kolkmeyer. (Attachments: # 1 Text of Proposed Order, # 2 Certificate of Good Standing)(Shavitz, Gregg) (Entered: 08/04/2015) |
| 08/04/2015 | Ï | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 22 MOTION for Susan H. Stern to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208–11233334. Motion and supporting papers to be reviewed by Clerk's Office staff., 23 MOTION for Gregg I Shavitz to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208–11233394. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (wb)** (Entered: 08/04/2015) |
| 08/04/2015 | Ï 24 | MOTION for Protective Order *to Prevent Defendants from issuing Misleading Communication to Putative Collective Members*. Document filed by Darlene Johnson, Sally Kolkmeyer.(Lesser, Seth) (Entered: 08/04/2015) |
| 08/04/2015 | Ï 25 | MEMORANDUM OF LAW in Support re: 24 MOTION for Protective Order *to Prevent Defendants from issuing Misleading Communication to Putative Collective Members*. . Document filed by Darlene Johnson, Sally Kolkmeyer. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order)(Lesser, Seth) (Entered: 08/04/2015) |
| 08/05/2015 | Ï 26 | ORDER ON MOTION FOR ADMISSION PRO HAC VICE OF GREGG I. SHAVITZ granting 23 Motion for Gregg I. Shavitz to Appear Pro Hac Vice. (Signed by Judge Richard J. Sullivan on 8/5/2015) (mro) (Entered: 08/05/2015) |
| 08/05/2015 | Ï 27 | ORDER ON MOTION FOR ADMISSION PRO HAC VICE OF SUSAN H. STERN granting 22 Motion for Susan H. Stern to Appear Pro Hac Vice. (Signed by Judge Richard J. Sullivan on 8/5/2015) (mro) (Entered: 08/05/2015) |
| 08/06/2015 | Ï 28 | LETTER addressed to Judge Richard J. Sullivan from Seth R. Lesser dated August 6, 2015 re: request an adjournment of the Initial Conference scheduled for August 14, 2015. Document filed by Darlene Johnson, Sally Kolkmeyer.(Lesser, Seth) (Entered: 08/06/2015) |
| 08/07/2015 | Ï 29 | JOINT LETTER addressed to Judge Richard J. Sullivan from Thomas A. Linthorst and Seth R. Lesser dated August 7, 2015 re: Case Status. Document filed by Morgan Stanley &Co. LLC, Morgan Stanley Smith Barney LLC, Morgan Stanley.(Linthorst, Thomas) (Entered: 08/07/2015) |
| 08/10/2015 | Ï 30 | CONSENT TO BECOME PARTY PLAINTIFF UNDER THE 29 U.S.C. s. 216(b). Document filed by Michelle MacNeil.(Palitz, Michael) (Entered: 08/10/2015) |
| 08/11/2015 | Ï 31 | MEMORANDUM OF LAW in Opposition re: 24 MOTION for Protective Order *to Prevent Defendants from issuing Misleading Communication to Putative Collective Members*. . Document filed by Morgan Stanley &Co. LLC, Morgan Stanley Smith Barney LLC, Morgan Stanley. (Shaulson, Sam) (Entered: 08/11/2015) |
| 08/11/2015 | Ï 32 | MEMO ENDORSEMENT on re: 28 Letter request an adjournment of the Initial Conference scheduled for August 14, 2015, filed by Sally Kolkmeyer, Darlene Johnson. ENDORSEMENT: After submission of this letter, Plaintiffs' counsel informed the Court that Plaintiffs no longer sought to adjourn the Court's initial conference in this matter. Accordingly, the parties shall appear |

| | | |
|---|---|---|
| | | for an initial conference on August 14, 2015 at 12:15 p.m. as previously ordered. (Signed by Judge Richard J. Sullivan on 8/11/2015) (spo) (Entered: 08/11/2015) |
| 08/13/2015 | Ï 33 | MOTION for Stephanie R. Reiss to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208−11275060. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Morgan Stanley &Co. LLC, Morgan Stanley Smith Barney LLC, Morgan Stanley. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit Certificate of Good Standing)(Reiss, Stephanie) (Entered: 08/13/2015) |
| 08/14/2015 | Ï | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 33 MOTION for Stephanie R. Reiss to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208−11275060. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (sdi)** (Entered: 08/14/2015) |
| 08/14/2015 | Ï | Minute Entry for proceedings held before Judge Richard J. Sullivan: On August 14, 2015 at 12:15 p.m., the Court held an initial conference in this matter. Seth Lesser and Kurt Olsen present for Plaintiffs. Thomas Linthorst present for Defendants. Court reporter present. Defendants agreed to submit to the Court, prior to distribution, revised versions of the following portions of their planned communication with employees: (1) paragraph three of the Arbitration Agreement, and (2) the Notice of Pending Class, Collective and/or Representative Action Claims. The Court ordered the parties to jointly submit a revised proposed case management plan by August 21, 2015. (Buzzard, Christine) (Entered: 08/14/2015) |
| 08/17/2015 | Ï 34 | ORDER ON MOTION FOR ADMISSION PRO HAC VICE OF STEPHANIE R. REISS granting 33 Motion for Stephanie R. Reiss to Appear Pro Hac Vice. (Signed by Judge Richard J. Sullivan on 8/17/2015) (mro) (Entered: 08/17/2015) |
| 08/21/2015 | Ï 35 | LETTER addressed to Judge Richard J. Sullivan from Thomas A. Linthorst, Esq. dated August 21, 2015 re: Proposed Case Management Plan and Scheduling Order. Document filed by Morgan Stanley &Co. LLC, Morgan Stanley Smith Barney LLC, Morgan Stanley. (Attachments: # 1 Case Management Plan and Scheduling Order)(Linthorst, Thomas) (Entered: 08/21/2015) |
| 08/24/2015 | Ï 36 | CASE MANAGEMENT PLAN AND SCHEDULING ORDER: All parties do not consent to disposition of this case by a Magistrate Judge, pursuant to 28 U.S.C. § 636(c). This case is to be tried to a jury. Amended Pleadings due by 10/15/2015. Motions due by 10/21/2015. Deposition due by 10/21/2015. Discovery due by 10/21/2015. (Signed by Judge Richard J. Sullivan on 8/24/2015) (lmb) (Entered: 08/24/2015) |
| 08/26/2015 | Ï 37 | MOTION for Kurt B. Olsen to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208−11321018. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Darlene Johnson, Sally Kolkmeyer. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit)(Olsen, Kurt) (Entered: 08/26/2015) |
| 08/26/2015 | Ï | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 37 MOTION for Kurt B. Olsen to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208−11321018. Motion and** |

| | | |
|---|---|---|
| | | supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (wb) (Entered: 08/26/2015) |
| 08/27/2015 | Ï 38 | TRANSCRIPT of Proceedings re: ARGUMENT held on 8/14/2015 before Judge Richard J. Sullivan. Court Reporter/Transcriber: Jennifer Thun, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 9/21/2015. Redacted Transcript Deadline set for 10/1/2015. Release of Transcript Restriction set for 11/30/2015.(McGuirk, Kelly) (Entered: 08/27/2015) |
| 08/27/2015 | Ï 39 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a ARGUMENT proceeding held on 8/14/15 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(McGuirk, Kelly) (Entered: 08/27/2015) |
| 08/27/2015 | Ï 40 | LETTER addressed to Judge Richard J. Sullivan from Thomas A. Linthorst dated August 27, 2015 re: Enclosing redline of Arbitration Agreement. Document filed by Morgan Stanley &Co. LLC, Morgan Stanley Smith Barney LLC, Morgan Stanley. (Attachments: # 1 Enclosure)(Linthorst, Thomas) (Entered: 08/27/2015) |
| 08/27/2015 | Ï 41 | ORDER: The Court is in receipt of a letter, dated August 27, 2015, from Defendants describing changes to their contemplated communication with employees and noting that Plaintiffs agree to the alterations. (Doc. No. 40.) Since neither party requests Court action at this time, the Court will take no further steps with respect to Defendants' contemplated communication. (Signed by Judge Richard J. Sullivan on 8/27/2015) (lmb) (Entered: 08/27/2015) |
| 08/28/2015 | Ï 42 | **FILING ERROR – NOT ALL CORPORATE PARENTS/OTHER AFFILIATES WERE ADDED** – RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent Morgan Stanley for Morgan Stanley, Morgan Stanley &Co. LLC, Morgan Stanley Smith Barney LLC. Document filed by Morgan Stanley &Co. LLC, Morgan Stanley Smith Barney LLC, Morgan Stanley.(Linthorst, Thomas) Modified on 8/28/2015 (lb). (Entered: 08/28/2015) |
| 08/28/2015 | Ï 43 | ANSWER to 15 Amended Complaint,. Document filed by Morgan Stanley &Co. LLC, Morgan Stanley Smith Barney LLC, Morgan Stanley.(Linthorst, Thomas) (Entered: 08/28/2015) |
| 08/28/2015 | Ï | **\*\*\*NOTICE TO ATTORNEY TO RE–FILE DOCUMENT – DEFICIENT DOCKET ENTRY ERROR. Notice to Attorney Thomas Anton Linthorst to RE–FILE Document 42 Rule 7.1 Corporate Disclosure Statement,. ERROR(S): Not All Corporate Parents were added. Please re–file this document and when prompted: Are there any corporate parents or other affiliates?, select the YES radio button and enter the Corporate Parent(s) or Affiliate(s) one party name at a time. (lb)** (Entered: 08/28/2015) |
| 08/28/2015 | Ï 44 | **FILING ERROR – NOT ALL CORPORATE PARENTS/OTHER** |

| | | |
|---|---|---|
| | | **AFFILIATES WERE ADDED** – RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent NONE for Morgan Stanley; Corporate Parent Morgan Stanley for Morgan Stanley &Co. LLC, Morgan Stanley Smith Barney LLC. Document filed by Morgan Stanley &Co. LLC, Morgan Stanley Smith Barney LLC, Morgan Stanley.(Linthorst, Thomas) Modified on 8/31/2015 (lb). (Entered: 08/28/2015) |
| 08/31/2015 | Ï | ***NOTICE TO ATTORNEY TO RE−FILE DOCUMENT − DEFICIENT DOCKET ENTRY ERROR. Notice to Attorney Thomas Anton Linthorst to RE−FILE Document 44 Rule 7.1 Corporate Disclosure Statement,. ERROR(S): Not All Corporate Parents were added. Please re−file this document and when prompted: Are there any corporate parents or other affiliates?, select the YES radio button and enter the Corporate Parent(s) or Affiliate(s) one party name at a time. (lb)** (Entered: 08/31/2015) |
| 08/31/2015 | Ï 45 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Other Affiliate Morgan Stanley Capital Management, LLC, Other Affiliate Mitsubishi UFJ Financial Group, Inc., Other Affiliate Morgan Stanley Smith Barney Holdings LLC for Morgan Stanley; Other Affiliate Morgan Stanley Capital Management, LLC, Other Affiliate Morgan Stanley Smith Barney Holdings LLC for Morgan Stanley Smith Barney LLC; Other Affiliate Morgan Stanley Capital Management, LLC, Other Affiliate Morgan Stanley Domestic Holdings, Inc. for Morgan Stanley &Co. LLC. Document filed by Morgan Stanley &Co. LLC, Morgan Stanley Smith Barney LLC, Morgan Stanley.(Linthorst, Thomas) (Entered: 08/31/2015) |
| 08/31/2015 | Ï 46 | ORDER FOR ADMISSION PRO HAC VICE granting 37 Motion for Kurt B. Olsen to Appear Pro Hac Vice. (Signed by Judge Richard J. Sullivan on 8/31/2015) (spo) (Entered: 08/31/2015) |
| 10/06/2015 | Ï 47 | LETTER MOTION for Extension of Time addressed to Judge Richard J. Sullivan from Fran L. Rudich dated 10/06/2015. Document filed by Darlene Johnson.(Rudich, Fran) (Entered: 10/06/2015) |
| 10/06/2015 | Ï 48 | ORDER granting 47 Letter Motion for Extension of Time. SO ORDERED. Motions due by 11/4/2015. (Signed by Judge Richard J. Sullivan on 10/5/2015) (mro) (Main Document 48 replaced on 10/7/2015) (mro). (Entered: 10/07/2015) |
| 10/06/2015 | Ï | Set/Reset Deadlines: Responses due by 12/4/2015 Replies due by 12/18/2015. (mro) (Entered: 10/09/2015) |
| 10/21/2015 | Ï 49 | JOINT LETTER MOTION for Extension of Time to Complete Discovery *and to set new dates for notice motion* addressed to Judge Richard J. Sullivan from Seth R Lesser dated 10/21/2015. Document filed by Darlene Johnson, Sally Kolkmeyer, Michelle MacNeil, Kelly Wilson.(Lesser, Seth) (Entered: 10/21/2015) |
| 10/22/2015 | Ï 50 | ORDER granting 49 Letter Motion for Extension of Time to Complete Discovery. The Court is in receipt of a joint letter, dated October 21, 2015, requesting an extension of the parties' time to complete depositions in this matter and a further extension of the submission deadlines for briefing on Plaintiff's anticipated motion to conditionally certify an FLSA collective and for court−authorized notice. (Doc. No. 49.) Accordingly, IT IS HEREBY ORDERED THAT the parties shall complete depositions in this matter by |

| | | |
|---|---|---|
| | | November 11, 2015. IT IS FURTHER ORDERED THAT Plaintiffs shall file their contemplated motion to conditionally certify an FLSA collective and for court−authorized notice by November 20, 2015, Defendants shall file their opposition by December 21, 2015, and Plaintiffs shall file their reply by January 4, 2016. Deposition due by 11/11/2015. Motions due by 11/20/2015. (Signed by Judge Richard J. Sullivan on 10/22/2015) (mro) (Entered: 10/22/2015) |
| 10/22/2015 | Ï | Set/Reset Deadlines: Responses due by 12/21/2015 Replies due by 1/4/2016. (mro) (Entered: 10/22/2015) |
| 11/06/2015 | Ï 51 | JOINT LETTER addressed to Judge Richard J. Sullivan from Thomas A. Linthorst dated November 6, 2015 re: Discovery Disputes. Document filed by Morgan Stanley &Co. LLC, Morgan Stanley Smith Barney LLC, Morgan Stanley. (Attachments: # 1 Responses, # 2 Exhibit A, # 3 Exhibit B)(Linthorst, Thomas) (Entered: 11/06/2015) |
| 11/06/2015 | Ï 52 | LETTER MOTION to Compel Opt−in Plaintiffs Kusy and MacNeil to Respond to Discovery *consented to by Plaintiffs* addressed to Judge Richard J. Sullivan from Thomas A. Linthorst dated November 6, 2015. Document filed by Morgan Stanley &Co. LLC, Morgan Stanley Smith Barney LLC, Morgan Stanley.(Linthorst, Thomas) (Entered: 11/06/2015) |
| 11/09/2015 | Ï 53 | STIPULATION OF DISMISSAL OF ISMAEL ROBLEDO: It is hereby stipulated, by and between counsel for Plaintiffs and Defendants Morgan Stanley &Co. LLC, Morgan Stanley Smith Barney LLC and Morgan Stanley that the claims set forth in the above−captioned action on behalf of the Opt−in Plaintiff Ismael Robledo are dismissed without prejudice, without attorneys' fees or costs to any party, pursuant to Fed. R. Civ. P. 41(a)(1). (Signed by Judge Richard J. Sullivan on 11/9/2015) (mro) (Entered: 11/09/2015) |
| 11/10/2015 | Ï 54 | LETTER MOTION for Conference addressed to Judge Richard J. Sullivan from Thomas A. Linthorst dated November 10, 2015. Document filed by Morgan Stanley &Co. LLC, Morgan Stanley Smith Barney LLC, Morgan Stanley.(Linthorst, Thomas) (Entered: 11/10/2015) |
| 11/12/2015 | Ï 55 | LETTER addressed to Judge Richard J. Sullivan from Michael J. Palitz dated November 12, 2015 re: Plaintiffs' Request for One−Week Extension of Time to Respond to Defendants' Letter Motion for Pre−Motion Conference (Dkt. 54). Document filed by Darlene Johnson, Sally Kolkmeyer.(Palitz, Michael) (Entered: 11/12/2015) |
| 11/12/2015 | Ï 56 | MEMO ENDORSEMENT on re: 55 Letter, filed by Sally Kolkmeyer, Darlene Johnson. ENDORSEMENT: SO ORDERED. ( Responses due by 11/20/2015) (Signed by Judge Richard J. Sullivan on 11/12/2015) (mro) (Entered: 11/12/2015) |
| 11/12/2015 | Ï 57 | ORDER granting 52 Letter Motion to Compel. It is hereby ORDERED this 12th day of November 2015 that Opt−in Plaintiffs Nancy Kusy and Michelle MacNeil shall respond to the interrogatories and documents requests served upon them within fifteen (15) days of date of this Order. It is FURTHER ORDERED that Opt−in Plaintiffs' failure to comply with this Order and submit their responses within fifteen (15) days of the date of this Order may result in the dismissal of their claims. Plaintiffs' counsel shall promptly send this Order to the Opt−in Plaintiffs Nancy Kusy and Michelle MacNeil at the addresses Plaintiffs' counsel have used to contact them previously. (Signed by Judge |

| | | |
|---|---|---|
| | | Richard J. Sullivan on 11/12/2015) (mro) (Entered: 11/13/2015) |
| 11/12/2015 | Ï 58 | ORDER: The Court is in receipt of a joint letter from the parties, dated November 6, 2015, setting forth several discovery disputes. (Doc. No. 51.) Specifically, Defendants seek, and Plaintiffs object to producing, the following: (1) Plaintiffs' "cell phone records, bank statements, and credit card statements," (2) "resumes or documents or [other] information relating to Plaintiffs' applications for employment during or after their employment with Defendants," (3) "documents relating to Plaintiffs' lawsuits and administrative actions, charges, arrests, and convictions, as well as accusations of fraud, dishonesty or false statement," (4) documents concerning Plaintiffs' "fee arrangements with counsel," and (5) responses to thirteen interrogatories. (Id. at 1–3.) The Court will address each point in turn. For the reasons stated herein, the Court denies Plaintiffs' objections to the disputed document requests and interrogatories. Plaintiffs shall comply with Defendants' discovery demands. (As further set forth in this Order.) (Signed by Judge Richard J. Sullivan on 11/12/2015) (mro) (Entered: 11/13/2015) |
| 11/18/2015 | Ï 59 | JOINT LETTER addressed to Judge Richard J. Sullivan from Michael J. Palitz dated November 18, 2015 re: Joint Request for Extension of Time and Amendment of Briefing Schedule for Plaintiffs' Anticipated Motion for Court−Authorized Notice. Document filed by Darlene Johnson, Sally Kolkmeyer.(Palitz, Michael) (Entered: 11/18/2015) |
| 11/19/2015 | Ï 60 | ORDER: The Court is in receipt of a joint letter, dated November 18, 2015, requesting an extension of the parties' deadlines for briefing on Plaintiff's anticipated motion to conditionally certify an FLSA collective and for court−authorized notice. (Doc. No. 59.) The parties request an extension−their third such request−in order to facilitate settlement discussions. (Id.) Accordingly, IT IS HEREBY ORDERED THAT Plaintiffs shall file their contemplated motion to conditionally certify an FLSA collective and for court−authorized notice by December 21, 2015, Defendants shall file their opposition by January 21, 2016, and Plaintiffs shall file their reply by February 4, 2016. No further extensions will be granted. ( Motions due by 12/21/2015., Responses due by 1/21/2016, Replies due by 2/4/2026.) (Signed by Judge Richard J. Sullivan on 11/18/2015) (mro) (Entered: 11/19/2015) |
| 11/20/2015 | Ï 61 | LETTER addressed to Judge Richard J. Sullivan from Seth R. Lesser dated November 20, 2015 re: Plaintiffs' Response to Defendants' Pre−Motion Conference Letter (Docket Entry #51). Document filed by Darlene Johnson, Sally Kolkmeyer.(Lesser, Seth) (Entered: 11/20/2015) |
| 11/23/2015 | Ï 62 | ORDER terminating 54 Letter Motion for Conference. The Court is in receipt of Defendants' pre−motion letter, dated November 10, 2015, seeking leave to file a motion to "strike the putative Fair Labor Standards Act ('FLSA') collective action as to those individuals who previously received a collective action notice in the related case of Amador v. Morgan Stanley &Co. LLC, et al., Civ. Action No. 1:11−cv−4326, and who did not opt−in to that action." (Doc. No. 54.) Plaintiffs responded in a letter dated November 20, 2015. (Doc. No. 61.) Since the parties previously addressed this issue at the Court's conference on August 14, 2015, and in light of fact that Defendants' arguments substantially overlap with issues to be addressed on Plaintiffs' contemplated motion for court authorized notice, IT IS HEREBY ORDERED THAT the briefing on these matters shall be consolidated. Defendants may raise any concerns regarding individuals who received notice but failed to opt into the |

| | | |
|---|---|---|
| | | prior related case in their opposition to Plaintiffs' contemplated motion for court authorized notice. (Signed by Judge Richard J. Sullivan on 11/23/2015) (mro) (Entered: 11/23/2015) |
| 12/21/2015 | Ï 63 | NOTICE OF APPEARANCE by Jason James Conway on behalf of Darlene Johnson. (Conway, Jason) (Entered: 12/21/2015) |
| 12/21/2015 | Ï 64 | NOTICE OF APPEARANCE by Jeffrey Alan Klafter on behalf of Darlene Johnson. (Klafter, Jeffrey) (Entered: 12/21/2015) |
| 12/21/2015 | Ï 65 | MOTION to Certify Class . Document filed by Darlene Johnson.(Lesser, Seth) (Entered: 12/21/2015) |
| 12/21/2015 | Ï 66 | MEMORANDUM OF LAW in Support re: 65 MOTION to Certify Class . . Document filed by Darlene Johnson. (Lesser, Seth) (Entered: 12/21/2015) |
| 12/21/2015 | Ï 67 | DECLARATION of Seth R. Lesser in Support re: 65 MOTION to Certify Class .. Document filed by Darlene Johnson. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L)(Lesser, Seth) (Entered: 12/21/2015) |
| 12/23/2015 | Ï 68 | LETTER MOTION for Extension of Time to File Response/Reply as to 65 MOTION to Certify Class . addressed to Judge Richard J. Sullivan from Thomas A. Linthorst dated December 23, 2015. Document filed by Morgan Stanley &Co. LLC, Morgan Stanley Smith Barney LLC, Morgan Stanley.(Linthorst, Thomas) (Entered: 12/23/2015) |
| 12/23/2015 | Ï 69 | ORDER granting 68 Letter Motion for Extension of Time to File Response/Reply. IT IS HEREBY ORDERED THAT Defendants shall file their response to Plaintiffs' motion for conditional certification by February 4, 2016, and Plaintiffs shall reply by February 11, 2016. IT IS FURTHER ORDERED THAT the parties shall submit their contemplated joint letter regarding their discovery dispute by January 4, 2016. Responses due by 2/4/2016 Replies due by 2/11/2016. (Signed by Judge Richard J. Sullivan on 12/23/2015) (mro) (Entered: 12/23/2015) |
| 12/23/2015 | Ï 70 | LETTER MOTION for Conference *Seeking Permission to File A Motion for Summary Judgment Against Plaintiff Sally Kolkmeyer* addressed to Judge Richard J. Sullivan from Thomas A. Linthorst dated December 23, 2015. Document filed by Morgan Stanley &Co. LLC, Morgan Stanley Smith Barney LLC, Morgan Stanley.(Linthorst, Thomas) (Entered: 12/23/2015) |
| 12/23/2015 | Ï 71 | LETTER MOTION for Conference *Seeking Permission to File A Motion for Summary Judgment Against Plaintiff Shannon Cicero* addressed to Judge Richard J. Sullivan from Thomas A. Linthorst dated December 23, 2015. Document filed by Morgan Stanley &Co. LLC, Morgan Stanley Smith Barney LLC, Morgan Stanley.(Linthorst, Thomas) (Entered: 12/23/2015) |
| 12/24/2015 | Ï 72 | LETTER MOTION for Extension of Time to File Response/Reply as to 71 LETTER MOTION for Conference *Seeking Permission to File A Motion for Summary Judgment Against Plaintiff Shannon Cicero* addressed to Judge Richard J. Sullivan from Thomas A. Linthorst dated December 23, 2015., 70 LETTER MOTION for Conference *Seeking Permission to File A Motion for Summary Judgment Against Plaintiff Sally Kolkmeyer* addressed to Judge Richard J. Sullivan from Thomas A. Linthorst dated December 23, 2015. addressed to Judge Richard J. Sullivan from Michael J. Palitz dated 12/24/15. |

| | | |
|---|---|---|
| | | Document filed by Darlene Johnson.(Palitz, Michael) (Entered: 12/24/2015) |
| 12/28/2015 | Ï 73 | ORDER granting 72 Letter Motion for Extension of Time to File Response/Reply. The Court is in receipt of Plaintiffs' request for an extension of the time to file their response to Defendants' pre−motion letters appearing at docket numbers 70 and 71. (Doc. No. 72.) Accordingly, IT IS HEREBY ORDERED THAT Plaintiffs shall respond to Defendants' pre−motion letters by January 8, 2016. (Signed by Judge Richard J. Sullivan on 12/28/2015) (mro) (Entered: 12/28/2015) |
| 01/04/2016 | Ï 74 | LETTER MOTION for Extension of Time to File *Joint Letter re: Discovery Dispute* addressed to Judge Richard J. Sullivan from Thomas A. Linthorst dated January 4, 2016. Document filed by Morgan Stanley &Co. LLC, Morgan Stanley Smith Barney LLC, Morgan Stanley.(Linthorst, Thomas) (Entered: 01/04/2016) |
| 01/04/2016 | Ï 75 | ORDER granting 74 Letter Motion for Extension of Time to File. IT IS HEREBY ORDERED THAT the parties shall submit their contemplated joint letter by January 5, 2016. No further extension will be granted. (Signed by Judge Richard J. Sullivan on 1/4/2016) (mro) (Entered: 01/04/2016) |
| 01/05/2016 | Ï 76 | JOINT LETTER addressed to Judge Richard J. Sullivan from Thomas A. Linthorst dated January 5, 2016 re: request for conference. Document filed by Morgan Stanley &Co. LLC, Morgan Stanley Smith Barney LLC, Morgan Stanley.(Linthorst, Thomas) (Entered: 01/05/2016) |
| 01/07/2016 | Ï 77 | LETTER addressed to Judge Richard J. Sullivan from Seth R. Lesser dated January 7, 2016 re: Status of Supplemental Discovery. Document filed by Darlene Johnson, Sally Kolkmeyer.(Lesser, Seth) (Entered: 01/07/2016) |
| 01/07/2016 | Ï 78 | ORDER: The Court is in receipt of a joint letter from the parties, dated January 5, 2016, setting forth their dispute regarding outstanding discovery in this matter. (Doc. No. 76.) Defendants note that Opt−in Plaintiff Kusy has not provided any discovery and that several other Opt−in Plaintiffs have only partially produced their Court−ordered discovery. (Id. at 1−3.) Accordingly, Defendants request that the Court dismiss Kusy's claim with prejudice and set a deadline by which all other Plaintiffs must produce the relevant discovery or have their claims dismissed. (Id.) Plaintiffs do not dispute the deficiencies in their production, but they request more time to compile relevant documents and ask that any dismissal of parties be without prejudice. (Id. at 3−5.) Plaintiffs have also submitted a letter, dated January 7, 2016, noting that they have supplemented−but not yet completed−their document production. (Doc. No. 77.) The parties now agree that various Plaintiffs have failed to produce certain discrete portions of the documentation required by the Court's Discovery Order. (Doc. No. 76 at 3, 4−5.) Accordingly, the Court now orders Plaintiffs to produce all outstanding discovery to Defendants by January 25, 2016. Indeed, Plaintiffs have been aware of the need for such a production since the Court's Discovery Order of November 12, 2015, and over two months is ample time to collect the relevant records. Plaintiffs' failure to comply with this deadline may result in sanctions including, but not limited to, monetary penalties, preclusion of arguments and evidence, an adverse inference instruction at trial, and dismissal of claims. (As further set forth in this Order.) (Signed by Judge Richard J. Sullivan on 1/7/2016) (mro) (Entered: 01/08/2016) |
| 01/08/2016 | Ï 79 | |

| | | |
|---|---|---|
| | | LETTER RESPONSE in Opposition to Motion addressed to Judge Richard J. Sullivan from Seth R. Lesser dated January 8, 2016 re: 71 LETTER MOTION for Conference *Seeking Permission to File A Motion for Summary Judgment Against Plaintiff Shannon Cicero* addressed to Judge Richard J. Sullivan from Thomas A. Linthorst dated December 23, 2015., 70 LETTER MOTION for Conference *Seeking Permission to File A Motion for Summary Judgment Against Plaintiff Sally Kolkmeyer* addressed to Judge Richard J. Sullivan from Thomas A. Linthorst dated December 23, 2015. . Document filed by Darlene Johnson, Sally Kolkmeyer. (Lesser, Seth) (Entered: 01/08/2016) |
| 01/11/2016 | Ï 80 | LETTER MOTION for Extension of Time *to produce documents by Opt−in Nancy Kusy* addressed to Judge Richard J. Sullivan from Seth R. Lesser. Document filed by Darlene Johnson.(Lesser, Seth) (Entered: 01/11/2016) |
| 01/11/2016 | Ï 81 | ORDER denying without prejudice 70 Letter Motion for Conference; denying without prejudice 71 Letter Motion for Conference. The Court is in receipt of two letters from Defendants, each dated December 23, 2015, seeking permission to file motions for summary judgment against Plaintiffs Sally Kolkmeyer and Plaintiff Shannon Cicero on the grounds that their testimony refutes any possible FLSA claim. (Doc. Nos. 70, 71.) Plaintiffs' response, dated January 8, 2016, argues that the testimony of Plaintiffs Kolkmeyer and Cicero supports their claims and, in any event, Defendants' contemplated motions is premature. (Doc. No. 79.) Since the parties have thus far conducted only limited discovery focusing on the issue of FLSA notice and the conditional certification process, IT IS HEREBY ORDERED THAT the motion is deemed made and DENIED without prejudice to renewal following the Court's disposition of the pending motion to conditionally certify an FLSA collective and for court−authorized notice. The Clerk of the Court is respectfully directed to terminate the motions pending at docket numbers 70 and 71. (Signed by Judge Richard J. Sullivan on 1/11/2016) (mro) (Entered: 01/12/2016) |
| 01/11/2016 | Ï 82 | ORDER granting 80 LETTER MOTION for Extension of Time to produce documents by Opt−in Nancy Kusy addressed to Judge Richard J. Sullivan from Seth R. Lesser. Document filed by Darlene Johnson. So ordered. (Signed by Judge Richard J. Sullivan on 1/11/2016) (rjm) (Entered: 01/12/2016) |
| 01/19/2016 | Ï 83 | CONSENT TO BECOME PARTY PLAINTIFF UNDER THE 29 U.S.C.S. 216(b). Document filed by Mariko Sakoda.(Lesser, Seth) (Entered: 01/19/2016) |
| 01/25/2016 | Ï 84 | JOINT LETTER MOTION to Stay *Deadline* addressed to Judge Richard J. Sullivan from Thomas A. Linthorst dated January 25, 2016. Document filed by Morgan Stanley &Co. LLC, Morgan Stanley Smith Barney LLC, Morgan Stanley.(Linthorst, Thomas) (Entered: 01/25/2016) |
| 01/25/2016 | Ï 85 | ORDER granting 84 Letter Motion to Stay. So ordered. (Signed by Judge Richard J. Sullivan on 1/25/2016) (lmb) (Entered: 01/25/2016) |
| 02/08/2016 | Ï 86 | JOINT LETTER MOTION to Stay *Deadline* addressed to Judge Richard J. Sullivan from Thomas A. Linthorst dated February 8, 2016. Document filed by Morgan Stanley &Co. LLC, Morgan Stanley Smith Barney LLC, Morgan Stanley.(Linthorst, Thomas) (Entered: 02/08/2016) |
| 02/08/2016 | Ï 87 | ORDER granting 86 Letter Motion to Stay Deadlines. SO ORDERED. (Signed by Judge Richard J. Sullivan on 2/8/2016) (mro) (Entered: 02/09/2016) |

| | | |
|---|---|---|
| 02/22/2016 | Ï 88 | LETTER MOTION to Stay *to Allow Continued Settlement Discussions* addressed to Judge Richard J. Sullivan from Gregg I. Shavitz dated February 22, 2016. Document filed by Darlene Johnson.(Shavitz, Gregg) (Entered: 02/22/2016) |
| 02/23/2016 | Ï 89 | ORDER granting 88 LETTER MOTION to Stay to Allow Continued Settlement Discussions addressed to Judge Richard J. Sullivan from Gregg I. Shavitz dated February 22, 2016. Document filed by Darlene Johnson. IT IS HEREBY ORDERED THAT the parties' request for a two−week extension of the stay is GRANTED. The parties shall submit a status report by March 7, 2016. No further extensions of the stay will be granted. So ordered. (Signed by Judge Richard J. Sullivan on 2/22/2016) (rjm) (Entered: 02/23/2016) |
| 03/07/2016 | Ï 90 | JOINT LETTER addressed to Judge Richard J. Sullivan from Seth R Lesser dated 03.07.2016 re: Status of Settlement Discussions. Document filed by Darlene Johnson, Darlene Johnson, Sally Kolkmeyer, Michelle MacNeil, Mariko Sakoda, Kelly Wilson.(Lesser, Seth) (Entered: 03/07/2016) |
| 03/08/2016 | Ï 91 | MEMO ENDORSEMENT on re: 90 Letter, filed by Michelle MacNeil, Sally Kolkmeyer, Darlene Johnson, Mariko Sakoda, Kelly Wilson re: Status of Settlement Discussions. ENDORSEMENT: IT IS HEREBY ORDERED THAT the parties shall file a joint motion to transfer by April 11, 2016. The Clerk of the Court is respectfully directed to terminate the motion located at docket number 65. (Motions due by 4/11/2016.) Motions terminated: 65 MOTION to Certify Class filed by Darlene Johnson. (Signed by Judge Richard J. Sullivan on 3/8/2016) (kko) (Entered: 03/08/2016) |
| 04/08/2016 | Ï 92 | FIRST LETTER MOTION for Extension of Time addressed to Judge Richard J. Sullivan from Thomas A. Linthorst dated April 8, 2016. Document filed by Morgan Stanley &Co. LLC, Morgan Stanley Smith Barney LLC, Morgan Stanley.(Linthorst, Thomas) (Entered: 04/08/2016) |
| 04/11/2016 | Ï 93 | ORDER granting 92 Letter Motion for Extension of Time. IT IS HEREBY ORDERED THAT the deadline for the parties' joint motion to transfer is extended to May 11, 2016. The Clerk of the Court is respectfully directed to terminate the motion located at docket number 92. Motions due by 5/11/2016. (Signed by Judge Richard J. Sullivan on 4/9/2016) (lmb) (Entered: 04/11/2016) |
| 05/11/2016 | Ï 94 | LETTER addressed to Judge Richard J. Sullivan from Michael J. Palitz dated May 11, 2016 re: Joint Request for Extension of Time to File Joint Motion to Transfer. Document filed by Darlene Johnson.(Palitz, Michael) (Entered: 05/11/2016) |
| 05/11/2016 | Ï 95 | ORDER: The Court is in receipt of the parties' joint letter dated May 11, 2016, requesting an extension of the deadline to file their joint motion to transfer this matter in connection with their anticipated settlement. (Doc. No. 94.) While the parties appear to have had ample time to finalize their settlement, IT IS HEREBY ORDERED THAT the deadline for the parties' joint motion to transfer is extended to June 10, 2016. However, no further extensions will be granted, and if the parties fail to file their joint motion to transfer by that date, the Court will issue an order lifting the stay in this case and setting deadlines for Plaintiffs' production of all outstanding discovery and for briefing on Plaintiffs' motion to conditionally certify a Fair Labor Standards Act collective action and for court−authorized notice, i.e., the matters adjourned by the Court's January 25, 2016 Order. (See Doc. No. 85.). (As further set forth in this |

| | | |
|---|---|---|
| | | Order.) ( Motions due by 6/10/2016.) (Signed by Judge Richard J. Sullivan on 5/11/2016) (mro) (Entered: 05/12/2016) |
| 06/10/2016 | Ï 96 | JOINT MOTION to Transfer Case *for Settlement Purposes*. Document filed by Darlene Johnson, Sally Kolkmeyer.(Lesser, Seth) (Entered: 06/10/2016) |
| 06/10/2016 | Ï 97 | MEMORANDUM OF LAW in Support re: 96 JOINT MOTION to Transfer Case *for Settlement Purposes*. . Document filed by Darlene Johnson, Sally Kolkmeyer. (Attachments: # 1 Text of Proposed Order)(Lesser, Seth) (Entered: 06/10/2016) |
| 06/13/2016 | Ï 98 | ORDER granting 96 Motion to Transfer Case. Before the Court is the parties' joint motion for an order transferring this action, pursuant to 28 U.S.C. § 1404(a), to the United States District Court for the Southern District of Florida, for the purpose of consolidating this action with De Vries v. Morgan Stanley &Co., LLC, No. 12−cv−81223 (KAM) (S.D. Fla.), and to facilitate a proposed settlement of this action, the De Vries action, Hix v. Morgan Stanley &Co., LLC, No. 15−cv−1157 (MJG) (D. Md.), and Zajonc v. Morgan Stanley &Co., LLC, No. 14−cv−5563 (EMC) (N.D. Cal.). (Doc. No. 96.) Having considered the parties' memorandum of law in support of their motion (Doc. No. 97), the Court finds that the requirements of 28 U.S.C. § 1404(a) have been met. Accordingly, the Clerk of the Court is respectfully directed to transfer this action to the United States District Court for the Southern District of Florida, to terminate the motion pending at docket number 96, and to close this case. Because the transfer is on consent of the parties, the seven−day waiting period prescribed by Local Civil Rule 83.1 is waived. (Signed by Judge Richard J. Sullivan on 6/13/2016) (mro) (Entered: 06/13/2016) |
| 06/13/2016 | Ï | CASE TRANSFERRED OUT ELECTRONICALLY from the U.S.D.C. Southern District of New York to the United States District Court – Southern District of Florida. (mro) (Entered: 06/13/2016) |